CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN MURILLO, PATRICIA O'BERRY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE; NATIONS TITLE COMPANY OF CALIFORNIA; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: CV11-00483 DDP (SSx)<br><br>[The Honorable Dean D. Pregerson, District Judge, Courtroom  3]<br><br>**JUDGMENT OF DISMISSAL WITHOUT LEAVE TO AMEND** |

On August 26, 2011, this Court entered an Order granting the motion of defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), to dismiss the complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiffs' Complaint is dismissed without leave to amend.
2. Plaintiffs Esteban Murillo and Patricia O'Berry shall take nothing from defendant Wells Fargo.

IT IS SO ORDERED.

Dated:  September 06, 2011

_____
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE