O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN MURILLO, an individual; PATRICIA O'BERRY, an individual,<br><br>           Plaintiff,<br><br>   v.<br><br>WELLS FARGO, NATIONAL ASSOCIATION, a business entity; WACHOVIA MORTGAGE, FSB, a business entity; WORLD SAVINGS BANK, a business entity; GOLDEN WEST SAVINGS ASSOCIATION SERVICE, a business entity; NATIONS TITLE COMPANY OF CALIFORNIA,<br><br>           Defendants. | Case No. CV 11-00483 DDP (SSx)<br><br>**ORDER GRANTING ATTORNEYS' FEES**<br><br>[Dkt. No. 29] |

    Presently before the court is Defendant Wells Fargo, National Association's Motion for Attorney Fees. Plaintiffs are contractually liable for prevailing party Wells Fargo's reasonable attorneys' fees. Wells Fargo seeks $18,278.50 in fees. Having considered the submissions of the parties and heard oral argument,

the court finds that Wells Fargo's reasonable fees are $15,971.50.[1]

Wells Fargo is hereby awarded attorneys' fees of $15,971.50.

IT IS SO ORDERED.

Dated: May 25, 2012

DEAN D. PREGERSON
United States District Judge

---

[1] The court's reduction is premised upon a finding of excessive, duplicative conferences among counsel, as well as inordinate billing for certain relatively straightforward tasks, such as preparation of a statement of non-opposition.

2